# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN S. BOWER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | NO. C11-5128-RSM <br><br> ORDER AFFIRMING COMMISSIONER |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice.

//

//

ORDER AFFIRMING COMMISSIONER - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 21st day of October 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER - 2